# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. __3074__ & Title - **IN RE:** __BPS and Cabela's Wiretapping Litigation__

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED** (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)

Defendants - see attached schedule of actions.

**SHORT CASE CAPTION(s)** (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) **NOTE: Include only actions in which you are entering an Appearance.**

See attached schedule of actions.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| March 1, 2023 | s/Jennifer A. McLoone |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Jennifer A. McLoone
Shook, Hardy & Bacon L.L.P.
Citigroup Center Suite 3200, 201 South Biscayne Blvd, Miami, FL 33131-4332

Telephone No.: (305) 358-5171     Fax No.: (305) 358-7470

Email Address: jmcloone@shb.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| IN RE: BPS AND CABELA'S WIRETAPPING LITIGATION | MDL No. 3074 |
|---|---|

## SCHEDULE OF ACTIONS

| CASE CAPTION | PLAINTIFF | DEFENDANT(S) | DISTRICT | CIVIL ACTION NO. |
|---|---|---|---|---|
| *Cornell v. BPS Direct, L.L.C.* | Heather Cornell | BPS Direct, LLC | Western District of Pennsylvania | 23-cv-00020 |
| *Calvert v. Cabela's L.L.C.* | Brian Calvert | Cabela's LLC | Western District of Pennsylvania | 22-cv-01460 |
| *Vonbergen v. BPS Direct, LLC* | Brittany Vonbergen | BPS Direct, LLC | Eastern District of Pennsylvania | 22-cv-04709 |
| *Tucker v. BPS Direct, LLC, et al.* | Arlie Tucker | BPS Direct, LLC, Cabela's LLC, and Cabela's Retail MO, LLC | Western District of Missouri | 22-cv-03285 |
| *Moore, Jr. v. BPS Direct, LLC* | Gregory Moore, Jr. | BPS Direct, LLC | Southern District of California | 22-cv-01951 |
| *Montecalvo v. Cabela's Inc.* | Peter Montecalvo | Cabela's LLC f/k/a Cabela's Inc. | District of Massachusetts | 22-cv-11837 |